# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARI S. BAUTISTA,<br>        Plaintiff,<br>v.<br>BEST BUY STORES L.P.,<br>        Defendant. | Case No. 17-cv-02530-VC<br><br>**ORDER OF DISMISSAL**<br>Re: Dkt. No. 50 |

In light of the parties' stipulation dismissing this case, Mari Bautista's individual claims are dismissed with prejudice while the claims of the putative class members and represented individuals under the Private Attorneys General Act claim are dismissed without prejudice. The Clerk of Court is directed to close the case.

**IT IS SO ORDERED.**

Dated: June 29, 2017

VINCE CHHABRIA
United States District Judge